■ The People of the State of New York, Respondent, v James Blunt, Appellant. — Appeal by defendant, as limited by his motion, from two resentences of the County Court, Nassau County (Samenga, J.), both imposed May 21, 1980. Resentences affirmed. No opinion. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.

■ The People of the State of New York, Respondent, v Dominick Cammarata, Appellant. — Appeal by defendant, as limited by his motion, from two sentences, as amended, of the Supreme Court, Suffolk County (Jaspan, J.), both imposed September 4, 1979). Sentences, as amended, affirmed. No opinion. Lazer, J. P., Mangano, Gibbons and Rabin, JJ., concur.